| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Association for Metroarea Autistic Children, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **d/b/a  AMAC, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **13-1974582** |
| 4. | Debtor's address | **Principal place of business**<br><br>**25 West  17th Street**<br>**New York, NY 10011**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://amac.org** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Association for Metroarea Autistic Children, Inc.**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**6111**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No
☐ Yes.

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor **Association for Metroarea Autistic Children, Inc.**     Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- [✓] No
- [ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- [ ] 1-49
- [✓] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

| | | |
|---|---|---|
| Debtor | **Association for Metroarea Autistic Children, Inc.** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 20, 2017**
MM / DD / YYYY

X **/s/ Keishea Allen**                                **Keishea Allen**
Signature of authorized representative of debtor        Printed name

Title  **Executive Director**

**18. Signature of attorney**

X **/s/ Richard J. Bernard**                           Date **January 20, 2017**
Signature of attorney for debtor                            MM / DD / YYYY

**Richard J. Bernard**
Printed name

**Foley & Lardner - New York**
Firm name

**90 Park Avenue**
**New York, NY 10016-1314**
Number, Street, City, State & ZIP Code

Contact phone  **212-682-7474**         Email address  **rbernard@foley.com**

**4047056/NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Association for Metroarea Autistic Children, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Creditor Matrix; List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2017**    X /s/ Keishea Allen
Signature of individual signing on behalf of debtor

**Keishea Allen**
Printed name

**Executive Director**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Association for Metroarea Autistic Children, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **17-18 Management Company c/o Cushman & Wakefield, Inc. P.O. Box 9334 New York, NY 10087** | Li Guo (866) 740-7490 | Rent and Taxes | **Disputed** | | | **$549,734.45** |
| **Boy Scouts of America/Greater NY Councils Camping Services 350 5th Avenue, Suite 7820 New York, NY 10118** | (201) 768-1910 | Services | | | | **$63,108.00** |
| **Business Technology Partners 22 Cortlandt Street 16th Floor New York, NY 10007** | (646) 442-4700 | Services | | | | **$37,500.00** |
| **City Wide General Cleaning & Maintenance 21 Tec Street Hicksville, NY 11801** | (718) 353-1541 | Services | | | | **$18,527.53** |
| **Crisp Trust c/o NYS Workers' Compensation Board 328 State Street Schenectady, NY 12305** | Michael Papa, Litigation Division | Insurance | | | | **$75,712.00** |
| **Cumberland Therapy Services P.O. Box 6280 Carol Stream, IL 60197** | (919) 653-3739 | Services | | | | **$48,207.25** |

Debtor **Association for Metroarea Autistic Children, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Interfysio, LLC**<br>1345 6th Avenue,<br>11th Floor<br>New York, NY 10105 | (212) 981-1977 | Services | | | | $78,264.75 |
| **Mar-Can Transportation Co., Inc.**<br>318 East Third Street<br>Mount Vernon, NY 10553 | (914) 668-2206 | Services | | | | $191,895.60 |
| **Monaghan, Patrick F.**<br>58 Schriever Lane<br>New City, NY 10956 | | Services | | | | $24,799.00 |
| **Moses, Bonnie**<br>900 West End Avenue<br>New York, NY 10025 | (212) 961-1800 | Services | **Disputed** | | | $24,625.00 |
| **NPORT PLLC**<br>P.O. Box 504884<br>Saint Louis, MO 63150 | (718) 615-0049 | Services | | | | $60,500.00 |
| **Office of School Food & Nutrition**<br>44-36 Vernon Blvd., Room 403<br>Long Island City, NY 11101 | | Services | | | | $11,772.25 |
| **Oxford Health Plans, Inc.**<br>4 Research Drive<br>Attn: Karen Cooksey<br>Shelton, CT 06484 | Karen Cooksey<br>(203) 447-4660 | Services | | | | $41,609.77 |
| **Perfect Choice Staffing**<br>P.O. Box 10440<br>Uniondale, NY 11555 | Ryan Nina Lewis-Evans<br>(516) 422-7803 | Services | | | | $92,073.27 |
| **Pride Healthcare LLC**<br>420 Lexington Avenue<br>Suite 2220<br>New York, NY 10170 | Josh Kaplan<br>(212) 235-5300 | Services | | | | $123,731.24 |
| **Pryor Cashman LLP**<br>7 Times Square<br>New York, NY 10036 | (212) 421-4100 | Professional | | | | $42,121.83 |

Debtor **Association for Metroarea Autistic Children, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rosenberg, Neal, Esq.**<br>**111 John Street,**<br>**22nd Floor**<br>**New York, NY 10038** | (212) 732-9450 | Professional | | | | **$15,000.00** |
| **Theralinks, Inc.**<br>**36-36 33rd Street,**<br>**Suite 500**<br>**Astoria, NY 11106** | (212) 529-9780 | Services | | | | **$34,580.00** |
| **Therapeutic Resources PT, LLP**<br>**36-36 33rd Street,**<br>**Ste 500**<br>**Astoria, NY 11106** | (212) 529-9780 | Services | | | | **$140,030.83** |
| **Vanguard Temporaries/ Westchester**<br>**P.O. Box 3404**<br>**Grand Central Station**<br>**New York, NY 10163** | | Services | | | | **$17,422.12** |

# United States Bankruptcy Court
### Southern District of New York

In re   **Association for Metroarea Autistic Children, Inc.**                    Case No.

                                            Debtor(s)                            Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the **Executive Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 20, 2017**                              Signature   **/s/ Keishea Allen**
                                                                     **Keishea Allen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.



*SERVING PEOPLE WITH AUTISM AND SPECIAL NEEDS SINCE 1961*

25 WEST 17TH STREET
NEW YORK, NY 10011
PH. 212.645.5005
FAX 212.645.0170

www.amac.org

*President*
Dena Toussaint

*Secretary*
Rosemary Heath

*Treasurer*
Michael DiNapoli

BOARD OF DIRECTORS
Jan Fried
Andrew R. Rosenthal
Jason Selch

PROFESSIONAL
ADVISORY BOARD
Neil P. Begley, CPA
Dawn S. DeWeil, Esq.
Temple Grandin, PhD
Margaret Hertzig, MD
Rosamond Rhoades, PhD
Lorna Wing, MD
Carey Zuckerman

*Executive Director*
Keishea Allen

Association for Metroarea Autistic Children, INC.

Resolutions of the Board of Directors

Adopted at a Meeting held on

January 19, 2017

RESOLVED, that in the judgment of the Board of Directors of Association for Metroarea Autistic Children Inc. (the "Company"), it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), for the purpose of reorganizing the Company's financial affairs; and be it further

RESOLVED, that the Company be, and it hereby is, authorized, directed and empowered (i) to file the Petition, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and be it further

RESOLVED, that the Executive Director, President or Treasurer of the Company (the "Designated Officer") be, and he hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the Southern District of New York and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and be it further.

RESOLVED, that the Designated Officer be, and he hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company to take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code, all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer

performing or executing the same shall approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it further

RESOLVED, that the restructuring of the debt and other obligations of the Company is in the overall best interests of the Company and its creditors and other interested parties; and be it further

RESOLVED, that the Designated Officer be, and he hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute, verify and file or cause to be filed a plan and accompanying disclosure statement which have been approved by the Board, and (ii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer may approve; and be it further

RESOLVED, that the law firm of Foley & Lardner LLP be, and it hereby is, authorized, empowered and directed to represent the Company as debtor and debtor in possession and as general bankruptcy counsel, in connection with any case commenced by it under the Bankruptcy Code; and be it further

RESOLVED, that the Designated Officer be, and he hereby is, authorized and directed to employ such noticing, voting and tabulation agent as the Designated Officer deems appropriate; and be it further

RESOLVED, that the Designated Officer be, and he hereby is, authorized to employ local counsel, special counsel, accountants or other professionals as appropriate in connection with any case commenced by the Company under the Bankruptcy Code; and be it further

RESOLVED, that, in addition to the specific authorizations in the foregoing resolutions, the Designated Officer be, and he hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions, including the borrowing of funds; and be it further

RESOLVED, that all actions heretofore taken by the Designated Officer or any officer of the Company in connection with the foregoing resolutions be, and each of them hereby is, confirmed, ratified and approved in all respects.

/s/ Jason Selch, Director

/s/ Jan Fried, Director

/s/ Mike DiNapoli, Director

/s/ Dena Toussaint, Director

/s/ Rosemary Heath, Director

/s/ Andrew Rosenthal, Director